| | |
|---|---|
| 1 | Joseph M. Wahl (SBN 281920) |
| 2 | *joseph.wahl@btlaw.com*<br>**BARNES & THORNBURG LLP** |
| 3 | 2029 Century Park East, Suite 300<br>Los Angeles, California  90067 |
| 4 | Telephone:   (310) 284-3880<br>Facsimile:     (310) 284-3894 |
| 5 | Attorneys for Defendant |
| 6 | WHIRLPOOL CORPORATION |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN RUSSELL,<br><br>                    Plaintiff,<br><br>     v.<br><br>WHIRLPOOL CORPORATION, and DOES 1 to 25, Inclusive,<br><br>                    Defendants. | Case No.  8:21-cv-01166<br><br>**NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT (L.R. 7.1-1; FED. R. CIV. P. 7.1)**<br><br>JURY TRIAL DEMANDED<br><br>Complaint Filed: May 14, 2021 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Whirlpool Corporation ("Whirlpool") hereby removes this action filed by John Russell ("Plaintiff") from the Superior Court of the State of California, Orange County, to the United States District Court for the Central District of California, on the following grounds:

## PROCEDURAL HISTORY

1. This case is a civil action filed on May 14, 2021, in the Superior Court of Orange County, California, styled *John Russell v. Whirlpool Corporation, et al.*, Case No. 30-2021-01201463-CU-PO-CJC. Whirlpool was served with the Summons and Complaint on June 14, 2021.

2. Removal is timely under 28 U.S.C. § 1446(b). Whirlpool has filed this Notice of Removal within thirty (30) days of service of the Summons and Complaint.

3. Removal to this Court is proper because the Central District of California, Southern Division is the district and division embracing the place (Orange County, California) where the action was filed. 28 U.S.C. § 1441(a).

4. As required by 28 U.S.C. § 1446(a), Whirlpool has attached to this notice "a copy of all process, pleadings, and orders served upon" it. *See* Exhibit A.

5. Upon filing this Notice of Removal, Whirlpool will provide written notification to Plaintiff's counsel and will file a Notice of Filing Notice of Removal (attaching a copy of this Notice of Removal) with the Superior Court of Orange County.

## CITIZENSHIP OF THE PARTIES

6. Plaintiff, John Russell is an individual who resides at 45 Clermont, Newport Coast, California 92657. Therefore, Plaintiff is a citizen of the state of California.

7. Whirlpool is a corporation organized and existing under the laws of Delaware, with its principal place of business in Michigan. Therefore, Whirlpool is a citizen of the states of Delaware and Michigan. *See Hertz Corp. v. Friend*, 559

U.S. 77, 93 (2010) (holding that a corporation is a citizen of its place of incorporation and its "principal place of business," which is "the actual center of direction, control, and coordination" of the corporation's activities).

8.  Therefore, Plaintiff and Whirlpool are citizens of different states and complete diversity of citizenship for purposes of removal exists.

## JURISDICTION EXISTS PURSUANT TO 28 U.S.C. § 1332

9.  This Court has jurisdiction over this action under 28 U.S.C. §§ 1332 and 1446(b) because (1) there is complete diversity of citizenship between Plaintiff and Whirlpool , and (2) the amount in controversy exceeds $75,000, exclusive of interest and costs.

10.  As set forth in the immediately preceding section, this case involves "citizens of different States." *See* 28 U.S.C. § 1441(b).

11.  Plaintiff seeks damages "in an amount exceeding $200,000." *See* Ex. A, Plaintiff's Complaint, at p. 7.

12.  Thus, the amount in controversy in this matter exceeds $75,000, exclusive of interest and costs, as required by 28 U.S.C. § 1332(a).

13.  Removal of this action is not prohibited by 28 U.S.C. § 1445.

## TIMELINESS OF REMOVAL

14.  Whirlpool filed this Notice of Removal within thirty (30) days of the date it was served with this removable action, and within the time prescribed for filing this Notice of Removal under 28 U.S.C. § 1446.

## CONCLUSION

For the foregoing reasons, Defendant Whirlpool Corporation removes this action from the Superior Court of Orange County, California, to the United States District Court for the Central District of California, Southern Division.

/ / /

/ / /

/ / /

|    |              |               |                                                                      |
|----|--------------|---------------|----------------------------------------------------------------------|
| 1  |              |               | Respectfully submitted,                                              |
| 3  | Dated:       | July 6, 2021  | **BARNES & THORNBURG LLP**                                           |
| 5  |              |               | By: */s/Joseph M. Wahl*                                              |
| 6  |              |               |     Joseph M. Wahl<br>Attorneys for Defendant<br>WHIRLPOOL CORPORATION |