**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| JOHN RUSSELL,<br><br>   Plaintiff,<br><br> v.<br><br>WHIRLPOOL CORPORATION.;<br>and DOES 1-25,<br><br>   Defendants. | CASE NO. 8:21-cv-01166-FWS-KES<br><br>**Reassigned For All Purposes To:**<br>Judge: The Hon. Fred W. Slaughter<br>Courtroom 10D<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE CASE** [25] |

  Based on the parties' stipulation to dismiss the entire action and all parties with prejudice, IT IS HEREBY ORDERED that the entire case and all parties are dismissed with prejudice. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

**IT IS SO ORDERED.**

Dated: July 14, 2022

By: _____
The Honorable
Fred W. Slaughter
Judge of the U.S. District Court